PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE VINCENT PEREZ,<br><br>Defendants. | CASE NO. 1:22-CR-00310-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AND SCHEDULE A CHANGE OF PLEA; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 20, 2024. ECF 83. Time was previously excluded through August 20, 2024. *Id*.

2. By this stipulation, defendant now moves to vacate the trial and schedule a change of plea for August 19, 2024, because the parties believe this case will be resolved pursuant to a plea agreement.

IT IS SO STIPULATED.

1

Dated:  July 9, 2024 
                                      PHILLIP A. TALBERT
                                      United States Attorney

                                        */s/ ARIN C. HEINZ*
                                        ARIN C. HEINZ
                                        Assistant United States Attorney


Dated:  July 9, 2024

                                        By: */s/ TIMOTHY P. HENNESSY*
                                        TIMOTHY P. HENNESSY
                                        Attorney for Dale Vincent Perez

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **July 10, 2024**
                                        UNITED STATES DISTRICT JUDGE