1  **HENNESSY LAW GROUP**
2  Timothy P. Hennessy, State Bar No. 286317
   l2l7 "L" Street
3  Bakersfield, CA 93301
   Tel: (661) 237-7179
4  Email: tph@hennessyatlaw.com

5  Attorney for:
   **DALE VINCENT PEREZ**
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00310-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **DALE VINCENT PEREZ**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ARIN HEINZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DALE VINCENT PEREZ, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Tuesday November 12, 2024, be continued to January 6, 2025.

Defense counsel is in a state trial *People vs. Jonathan Knight BF177850A* and needs additional time to brief and review supporting documents. I have spoken to AUSA Arin Heinz, and she has no objection to continuing the matter. In addition, all counsel and USPO Ross Micheli have agreed to continue the dates set forth in the Presentence Investigation Referral/Schedule to the following dates:

**Draft Presentencing Report November 25, 2024**

**Informal objections due to Probation and Opposing Counsel December 9, 2024**

**Final Presentencing Report December 16, 2024**

**Formal Objections Filed with Court and Served to Probation and Opposing Counsel December 23, 2024**

1

**Reply, or Statement of Non-Opposition December 30, 2024**

**Judgement and Sentencing Date January 6, 2024**

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 16, 2024     */s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
Dale Vincent Perez


DATED: September 16, 2024     */s/Arin Heinz*
ARIN HEINZ
Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDER that the sentencing currently set for Tuesday November 12, 2024, be continued to January 6, 2025, and the following briefing schedule be adopted:

- Draft Presentencing Report November 25, 2024
- Informal objections due to Probation and Opposing Counsel December 9, 2024
- Final Presentencing Report December 16, 2024
- Formal Objections Filed with Court and Served to Probation and Opposing Counsel December 23,2024
- Reply, or Statement of Non-Opposition December 30, 2024
- Judgment and Sentencing Date January 6, 2025

IT IS SO ORDERED.

Dated:   **September 16, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

3