1 | **HENNESSY LAW GROUP**
2 | Timothy P. Hennessy, State Bar No. 286317
    l2l7 "L" Street
3 | Bakersfield, CA 93301
    Tel: (661) 237-7179
4 | Email: tph@hennessyatlaw.com

5 | Attorney for:
    **DALE VINCENT PEREZ**
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00310-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **DALE VINCENT PEREZ**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ARIN HEINZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DALE VINCENT PEREZ, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, January 6, 2025, be continued to Monday, January 27, 2025.

Counsel has been in the process of finalizing some sentencing issues with Ms. Heinz. Due to the holidays, this process has been slowed. Counsel requests a continuance of the sentencing date to allow time to meet and confer with Ms. Heinz prior to the filing of any sentencing memos.

/
//
///

1

In addition, all counsel and USPO Ross Micheli have agreed to a continuance of the sentencing. Counsel therefore requests the following dates:

**Sentencing Memos – January 20th, 2025**

**Judgment and Sentencing Date - January 27, 2025**

**IT IS SO STIPULATED.**
Respectfully Submitted,

DATED: January 2, 2025                 /s/ *Timothy Hennessy*
                                        TIMOTHY HENNESSY
                                        Attorney for Defendant
                                        Dale Vincent Perez


DATED: January 2, 2025                 /s/*Arin Heinz*
                                        Arin Heinz
                                        Assistant U.S. Attorney

2

## **ORDER**

IT IS SO ORDER that the sentencing currently set for Monday, January 6, 2025, be continued to January 27, 2025, and the following briefing schedule be adopted:

- Sentencing Memo January 20, 2025
- Judgment and Sentencing Date January 27, 2025

IT IS SO ORDERED.

Dated:   **January 2, 2025**

UNITED STATES DISTRICT JUDGE