1 | **HENNESSY LAW GROUP**
2 | Timothy Hennessy State Bar No. 286317
  | 1217 L Street
3 | Bakersfield, CA 93301
4 | Tel: (661) 237-7179
  | Fax: (661) 742-1898
5 | Email: tph@hennessyatlaw.com

Attorney for DALE VINCENT PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-cr-00310-5 JLT |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |
| DALE VINCENT PEREZ, | |
| Defendant. | |

On November 18, 2022, Dale Vincent Perez was indicted on federal charges. Timothy Hennessy was appointed as counsel to represent Mr. Perez on 1:22-cr-00310-5 JLT in his criminal case. Mr. Perez was sentenced pursuant to a plea agreement on January 27, 2025. The time for filing a direct appeal was February 13, 2025. No direct appeal was filed. Having completed his representation of Mr. Perez, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//
///

Should Mr. Perez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: February 21, 2025                                  Respectfully submitted,

/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Dale Vincent Perez

# ORDER

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Dale Vincent Perez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Dale Vincent Perez

Central Valley Annex

245 Taylor Ave

McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **February 21, 2025**

UNITED STATES DISTRICT JUDGE